## LENOIR COAL COMPANY v. MIZE ET AL.

[No. 11,932.   Filed June 25, 1924.]

From Industrial Board of Indiana.

Proceeding under Workmen's Compensation Act by Frances Mize and others against Lenoir Coal Company.   From an award for claimants, the defendant appeals.   *Affirmed.*

*James W. Fesler, Harvey J. Elam, Howard S. Young, Iving M. Fauvre* and *George Edwards,* for appellant.
*John A. Riddle,* for appellees.

PER CURIAM.—Affirmed on authority of *Standard Coal Co.* v. *Gallagher* (1921), 75 Ind. App. 1.

## CINCINNATI, INDIANAPOLIS AND WESTERN RAILROAD COMPANY v. SWAIN.

[No. 11,879.   Filed June 27, 1924.]

From Hendricks Circuit Court; *Zimri E. Dugan,* Judge.

Action between the Cincinnati, Indianapolis and Western Railroad Company and William E. Swain.   From the judgment rendered, the former appeals.   *Affirmed.*

*Frank J. Goebel* and *Anthony P. Donadio,* for appellant.
*A. J. Stevenson,* for appellee.

PER CURIAM.—Judgment affirmed.

## STONER ET AL. v. MERCHANTS NATIONAL BANK.

[No. 11,800.   Filed January 30, 1924.   Rehearing denied April 22, 1924.   Transfer denied June 27, 1924.]

From St. Joseph Superior Court; *Lenn J. Oare,* Judge.

Action between Jacob F. Stoner and another and the Merchants National Bank.   From the judgment rendered, the former appeal.   *Affirmed.*

*Thad M. Talcott, Jr.,* and *Walter R. Arnold,* for appellants.
*Arthur L. Gilliom,* for appellee.

REMY, C. J.—Judgment affirmed on authority of *Stoner* v. *American Trust Co.* (1924), *ante,* 635.
Dausman, P. J., dissents.